

NUMBER 13-09-00669-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DAVID TORRES,                                                                    APPELLANT,

v.

CITY OF CORPUS CHRISTI,                                              APPELLEE.

On appeal from the County Court at Law No. 2
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, David Torres, perfected an appeal from a judgment entered by the County Court at Law No. 2 of Nueces County, Texas, in cause number 08-62172-2. The parties have filed a joint motion to dismiss on grounds that the parties have reached a final settlement of this cause. The parties request that this Court dismiss this case.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of July, 2010.